In the Matter of the Estate of EDWARD A. SMITH, Deceased.
ELIZABETH L. RUNLETT, as Administratrix, Appellant; EDWARD R. SMITH, Respondent.

*Matter of Smith,* 136 App. Div. 10, appeal dismissed.
(Submitted April 28, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which reversed a decree of the Kings County Surrogate's Court denying an application for a compulsory accounting.

*Nicholas Deitz* for appellant.

*William F. Connell* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.